FILED
2026 MAY 26
CLERK
U.S. DISTRICT COURT

MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
DANIELLE CARTER, Special Assistant United States Attorney (#319442 CA)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MISDEMEANOR INFORMATION |
| Plaintiff, | : | |
| | | VIO. 8 U.S.C. § 1325(a)(2) |
| vs. | : | |
| | | (ELUDING EXAMINATION OR |
| LUIS ANGEL TABARES-REYES, | : | INSPECTION BY IMMIGRATION OFFICERS) |
| Defendant. | : | |

Case: 2:26−po−00352
Assigned To : Romero, Cecilia M.
Assign. Date : 5/26/2026
Description: USA v. Tabares−Reyes

The United States Attorney charges:

## COUNT I

That the defendant herein,

LUIS ANGEL TABARES-REYES,

an alien, between on or about October 5, 2016, until May 25, 2026, did knowingly elude

examination and inspection by immigration officers until his apprehension on or

about May 25, 2026, by immigration officers in the District of Utah, all in violation of

Title 8, United States Code, Section 1325(a)(2).

DATED this 26th day of May 2026.

MELISSA HOLYOAK
First Assistant United States Attorney

For: _____

DANIELLE CARTER
Special Assistant United States Attorney